## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Tonia Ingram
_____
                    Plaintiff

vs.                                          Civil Action No. 18-1598 (RC)

District of Columbia
_____
                    Defendant

# NOTICE OF APPEAL

Notice is hereby given this  13  day of  August , 20 21 , that

Tonia Ingram

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  30  day of  July , 20 21

in favor of  District of Columbia

against said  Plaintiff

                                          Tonia Ingram
                                          _____
                                          Attorney or Pro Se Litigant
                                          603 Rexford Way
                                          Upper Marlboro MD, 20774
                                          240-899-2178

                                          Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: